CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMUTCAN GUNDOGDU,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity as the Attorney General of the United States, et al.*,<br><br>Defendants. | Case No. 3:26-cv-08294-TSH<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; ~~[PROPOSED]~~ ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following stipulated request to extend the time for Defendants' response to the complaint and the dates in the Court's Immigration Mandamus Procedural Order regarding summary judgment. In support of this request, the parties state as follows:

1. Defendants' response to the complaint is currently due October 19, 2026.

2. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response. Accordingly, they have agreed to extend the time for Defendants' response by 30 days.

3. The parties therefore stipulate to extend the time for Defendants' response to November

9, 2026. The parties further request a corresponding extension of the deadlines for filing and briefing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 5. Under the extended deadlines, Defendant's motion for summary judgment must be filed by January 18, 2027.

4. There have been no previous modifications of time in this case, whether by stipulation or Court order.

IT IS SO STIPULATED.

Dated: October 5, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland**
KELSEY J. HELLAND
Assistant United States Attorney
Attorneys for Defendants

Dated: October 5, 2026

*/s/ Utku Galip Akcok*
UTKU GALIP AKCOK
Akcok Law Office, a Professional Corporation
Attorney for Plaintiff

**The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 6, 2026



HON. THOMAS S. HIXSON
United States Magistrate Judge